UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Thomas B. McNamara

In re:

Glen Kay Pugh

Case No.  18-19746 TBM
Chapter 7

Debtors

# TRUSTEE'S APPLICATION TO SELL PROPERTY AND TO PAY COSTS OF SALE AND REAL ESTATE COMMISSION

Comes now the Chapter 7 Trustee and requests approval to sell property of the estate pursuant to 11 U.S.C. §363 and to pay from the proceeds certain secured claims and certain administrative expenses.

In support thereof it is stated:

1. Kevin P. Kubie is the duly appointed and acting Trustee in Bankruptcy for the above named Debtors.

2. Debtor owns residential real property located at 5 Del Norte Drive, Roswell, New Mexico 8820 with the following legal description:
    Lot(s): 3; Block 1, Subdivsion: DEL NORTE ESTATES: APN/Parcel ID(s) 4-136-059-244-474-000000

3. Subject to this Court's approval, the Trustee previously entered into a contract to sell the property to Gannon Jones and Janie Jones as provided in the attached Exhibit A.

4. The Trustee shall convey the estate's interest by a Trustee's Deed.

5. The purchase price is $74,000.00.  Trustee agrees to take the compensation off of the $5,650.00 and not the purchase price of $74,000.00

6. The Trustee believes that the sale price is fair and reasonable.

7. The Trustee is unaware of any connection between the buyers, the estate, the estate's professionals, the United States Trustee's Office or any party in interest in this case. The Trustee estimates that after payment of the encumbrances on the property, commissions and other costs of sale, approximately $5,650.00 will be available to the estate. Attached as Exhibit B is a good faith estimate of the closing costs.

8. At closing the Trustee expects to incur the normal and customary costs of a real estate closing including:

    A. Real property taxes both past due and prorations for the current year, along with certification fees;
    B. Title insurance;
    C. Document preparation and recording fees;
    D. Title company fees for closing; and

   E. Other normal closing costs including unpaid utilities, maintenance fees and the like.

9. This Court has approved the hiring of BK Global Realty as the estate's real estate professional. A total commission of 6%, subject to this Court's approval was agreed to by the Trustee. The amount of commission to be paid from the gross sale proceeds of $74,000.00 on the sale is $4,440.00. That commission will be shared with McDaniel Home Solutions

10. The foregoing expenses and commissions are allowable as administrative expenses pursuant to 11 *U.S.C.* §503 and §330 and are necessary for the preservation and liquidation of the estate's property.

 Wherefore the Trustee requests that the Court enter its order authorizing sale of the estate's interest in the real property as recited above and to also execute such documents as required to convey the estate's interest in the property to the Buyers. The Trustee seeks further authority to pay from the gross sale proceeds the amounts necessary to pay the encumbrances, costs and sales commissions described above.

Date: October 17, 2019

                /s/ Kevin P. Kubie

                Kevin P. Kubie, Reg. No. 2726
                Chapter 7 Trustee
                P.O. Box 8928
                Pueblo, CO 81008-8928
                (719) 545-1153
                (719) 545-1154 (fax)

## CERTIFICATE OF SERVICE

 I the undersigned hereby certify that on October 17, 2019 I did cause a true and correct copy of the foregoing along with a copy of the proposed order to be deposited in the U. S. mail, postage prepaid, addressed to the following:

Glen Pugh
1840 W. Acomita Drive
Pueblo West, CO 81007-6810

Christine Pacheco Larsen
329 Colorado Avenue
Pueblo, CO 81004

Gannon and Janie Jones
3767 Spring River Rd
Roswell, NM 88203

US Trustee's Office
1961 Stout Street, Suite 12-200
Denver, CO 80294            /s/ Kari Haag