## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
## DENVER DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| PUGH, GLEN KAY ) | Case No. 18-19746 TBM |
| ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

### TRUSTEE'S CERTIFICATE OF NON-CONTESTED MATTER
### AND REQUEST FOR ENTRY OF ORDER

On October 17, 2019, Kevin P. Kubie, filed a motion or application pursuant to L.B.R. 9013-1 entitled Trustee's Application to Sell Property and to Pay Costs of Sale and Real Estate Commissions. The Trustee hereby certifies that the following is true and correct:

1. Service of the motion/application, notice and proposed order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANK. P. and the L.B.P. as is shown on the certificate of service, L.B. Form 9013-1.2 previously filed with the motion/application on October 17, 2019.

2. Mailing or other service of the notice was timely made on all other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1 (or in the manner permitted by an order of the court, a copy of which is attached), as is shown on the certificate of service, L.B. Form 9013-1.2, previously filed with the notice on October 17, 2019

3. The docket numbers for each of the following relevant documents are:

    a. the motion and all documents attached thereto and served therewith, (Docket No. 33);
    b. the notice, (Docket No.34);
    c. the certificate of service of the motion and the notice, (Docket No.33);
    d. the proposed order, (Docket No.33); and

4. No objections to or requests for hearing on the motion/ application were received by the undersigned, or filed with the court and docketed in the case file.

WHEREFORE, the Trustee prays that the Court forthwith enter an Order, a form of which was previously submitted, granting the requested relief.

DATED: November 11, 2019

/s/ Kevin P. Kubie
Kevin P. Kubie, Trustee
Chapter 7 Trustee
Attorney at Law, P.O. Box 8928
Pueblo, CO 81008-8928
Telephone: (719) 545-1153